# EXHIBIT A

**Access No: CI 5050**     **Order No: 10745267**

# NTN DecisionPoint
INSTANT RESIDENT SELECTION SYSTEM

Screened For: CI 5050 - David J Johnson
08-Apr-2014

**Applicant Information**
Terrence, Enright Patrick      Income N/A     Proposed Rent
Months at Residence 30
Months at Employment 0

**Rental Recommendation** - Based on subscriber's employment, residency and applicant score acceptance criteria.

**Reject Applicant**     Score - Reject Applicant
See rejection letter for details

## Analysis Results

| Rent to Income Multiple | Time at Residence | Time at Employment | Applicant Score |
|---|---|---|---|
| N/A | Exceeds Requirement | N/A | 0 |

Applicant score is based upon analysis of tenant performance, national public records and other databases.

**ID Check**
A search of nationwide public record, eviction, tenant performance and other proprietary databases returned the following results:

| | |
|---|---|
| Substantial difference in Social Security Number found: | No |
| Substantial difference in Date of Birth found: | N/A |
| Substantial difference in current address found: | Yes |
| Substantial difference in previous address found: | Yes |
| Report of Credit Fraud found: | No |

Acceptable (100-80)

Conditional (79-60)

Any item marked YES should be verified with the applicant.

Reject (59-00)

**Additional Addresses**     see NTN Tenant Performance Profile

Additional Names (aliases)     see NTN Tenant Performance Profile
Terrence Enrigh T
Terrence Enrigh
Terrece Enright
Terrece Enright
Terrence Enright
Terry Enright
Terrence Enwright

**Alert Messages**
Current Address - verify address with applicant

Previous Address - verify entered previous address with applicant

### Tenant Performance Information  see NTN Tenant Performance Profile
No Tenant Performance/Lease Violations

### Public Records  see NTN Tenant Performance Profile

| Action | Date of Filing | Disposition |
|---|---|---|
| Enwright, Terrence (3320 Altgeld) | 28-Dec-2010 | 00000000+ |

\* Additional **NO EXACT MATCH Records - See NTN Tenant Performance Profile**

### Custom Criteria Used in Calculating the Applicant Score
If present, Chapter 7 bankruptcy within last 12 months deducts 50 points
If present, Chapter 7 bankruptcy within last 24 months deducts 30 points
If present, Chapter 7 bankruptcy over 24 months deducts 10 points
If present, Chapter 13 bankruptcy within last 12 months deducts 30 points
If present, Chapter 13 bankruptcy within last 24 months deducts 15 points
If present, Chapter 13 bankruptcy over 24 months deducts 5 points
Ignore all educational loans if present
Ignore medical collections if present
Ignore paid collections if present
Reject applicant if total non-excluded collections are greater than $ 2500

End of NTN DecisionPoint

# NTN Tenant Performance Profile

Screened For: CI 5050 - David J Johnson
08-Apr-2014

## Applicant Information

Terrence, Enright Patrick



## Additional Addresses

Names Screened: Enwright, Ter*; Enright, Ter*; Terrence, Enr*; Enrign, Ter*; T, Ter*
Databases for Search: Chicago; Oregon/Washington; Northern California

## Eviction Filing Data

All Civil Court Records are filed by NAME ONLY. This makes it impossible to be certain that the following filings involve your applicant. Please call the plaintiff listed for more information.




03-Nov-2010   Case#: 109092
Def: Enwright, Teri
Pla: University Corp At Monterey Bay  Cam-pus- Cen
Atty: Seaside

3npr 2395.00 + Dflt Rest By Clerk 11/9/10+
3316 Petersburg Ct Marina CA 93933
County: Monterey

26-Jan-2012   Case#: 115947
Def: Enright, Teri
Pla: Hyles, Mark  831-659-5625
Atty: Eley, Christopher K  209-466-8511

3Oq + Dflt Rest By Clerk 2/1/12++
19 El Cuenco Carmel Valley CA 93924
County: Monterey

29-May-2009   Case#: 99137
Def: Enright, Teri
Pla: Fort Ord Asset Management
Atty: Rothbard, Todd  408-244-2733

3npr 3015 + Dflt Rest By Clerk 6/5/09+
3316 Petersburg Ct Marina CA 93933
County: Monterey

## Tenant Performance/Lease Violations
No Tenant Performance/Lease Violations Found

## Use of Applicant's SSN in Previous Screening
No Previous Use Found