IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| TERRENCE ENRIGHT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | No. 14-cv-08380 |
| | ) | Honorable Judge Chang |
| THE CORVUS COMPANY, LLC, and | ) | |
| NATIONAL TENANT NETWORK, INC., | ) | |
| | ) | |
| Defendants. | ) | |

## STIPULATION OF DISMISSAL WITH PREJUDICE BETWEEN PLAINTIFF AND DEFENDANTS NATIONAL TENANT NETWORK, INC AND THE CORVUS COMPANY, LLC

Plaintiff Terrence Enright ("Plaintiff"), by counsel, and Defendants National Tenant Network, Inc. and The Corvus Company, LLC, by counsel, hereby stipulate and agree that all matters herein between them have been compromised and settled, and that Plaintiff's cause against The Corvus Company, LLC and National Tenant Network, Inc. should be dismissed, with prejudice, with each party to bear its own costs and attorneys' fees.

Respectfully submitted,

Date: 7/22/2015

/s/ Tara L. Goodwin
Daniel A. Edelman, Esq.
Cathleen M. Combs, Esq.
James O. Latturner, Esq.
Tara L. Goodwin, Esq.
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark Street, 15th Floor
Chicago, IL 60603
Telephone: (312) 739-4200
Fax: (312) 419-0379

E-Mail: dedelman@edcombs.com
ccombs@edcombs.com
jlatturner@edcombs.com
tgoodwin@edcombs.com

*Counsel for Terrence Enright*

Date: 7/22/2015

s/ Nicole M. Strickler
Nicole M. Strickler
Katherine Maria Saldanha Olson
Messer, Stilp & Strickler, Ltd.
166 W. Washington St., Suite 300
Chicago, IL 60602
strickler@messerstilp.com
olson@messerstilp.com

*Counsel for Defendant The Corvus Company, LLC*

s/ Siobhán M. Murphy
Siobhán M. Murphy, ARDC #6207431
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
312-345-1718/Fax: 312-345-1778
Siobhan.Murphy@lewisbrisbois.com

*Counsel for Defendant National Tenant Network, Inc*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing has been filed electronically on the **22nd day of July, 2015**. Notice of this filing will be sent to the following parties by operation of the Court's electronic filing system:

Nicole M. Strickler
Katherine Maria Saldanha Olson
**Messer, Stilp & Strickler, Ltd.**
166 W. Washington St., Suite 300
Chicago, IL 60602
strickler@messerstilp.com
olson@messerstilp.com

Siobhán M. Murphy, ARDC #6207431
**LEWIS BRISBOIS BISGAARD & SMITH LLP**
550 West Adams Street, Suite 300
Chicago, Illinois 60661
312-345-1718/Fax: 312-345-1778
Siobhan.Murphy@lewisbrisbois.com

/s/ Tara L. Goodwin
Daniel A. Edelman, Esq.
Cathleen M. Combs, Esq.
James O. Latturner, Esq.
Tara L. Goodwin, Esq.
Edelman, Combs, Latturner & Goodwin, LLC
20 S. Clark Street, 15th Floor
Chicago, IL 60603
Telephone: (312) 739-4200
Fax: (312) 419-0379

*Counsel for Terrence Enright*